# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2024-0504**
Arthur D. Mallory v. State of Alabama (Appeal from Montgomery Circuit Court: CC-81-1629.66)

## <u>NOTICE</u>

You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk